No. —, original. Ex parte Forest G. Wood. April 5, 1943. The motion for leave to file petition for writ of habeas corpus is denied without prejudice for the reasons stated in *Ex parte Elmer Davis, ante,* p. 412.

No. —, original. Ex parte Edward J. Borah;

No. —, original. Ex parte Clarence M. Holmes; and

No. —, original. Ex parte Charles Jennings. April 5, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Ex parte Frank Kuczynski. April 5, 1943. Application denied.

No. 844. Pearson *v.* California et al. April 12, 1943. *Per Curiam:* The appeal is dismissed for the want of a properly presented substantial federal question. *Clarence Pearson, pro se.*

No. —, original. Ex parte Raymond Barton;

No. —, original. Ex parte Chesteen McConnell; and

No. —, original. Ex parte Frank Contardi. April 12, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.